# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0297-AG(FMOx) | Date | March 14, 2011 |
|---|---|---|---|
| Title | BOHDAN POLNY v CAPITAL ONE SMALL BUSINESS, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Denise Paddock | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: JURISDICTION AND OTHER ISSUES

Cause is called for hearing.  There are no appearances.  The Court dismisses this matter for lack of jurisdiction.  A separate order dismissing action issued this date.

: 03

Initials of Preparer     lmb